December 1, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

WILFREDIS SANTOS AND SANTOS AUTO SALES, INC., Appellants

NO. 14-11-00067-CV                 V.

I LONE STAR AUTO PARTS, LTD. AND SAHAMI, LLC, Appellees

_____

This cause, an appeal from the judgment signed December 20, 2010 in favor of appellees I Lone Star Auto Parts, Ltd. and Sahami, LLC, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Wilfredis Santos and Santos Auto Sales, Inc., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.